# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

JAMES ALTON JOHNSON

**WARRANT FOR ARREST**

06-184 M-01

**FILED**
APR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. WDQ-02-004

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JAMES ALTON JOHNSON___
                                          Name

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense):

in violation of Title _____ United States Code, Section(s) _____

__Felicia C. Cannon__                             __Clerk, U.S. District Court__
Name of Issuing Officer                            Title of Issuing Officer

_(signed) Mary C. Boyle_                           __March 31, 2006    Baltimore, MD__
(By) Deputy Clerk                                  Date and Location

Bail fixed at $ _____                       by __William D. Quarles, U.S.D.J.__
                                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 4-21-06 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 4-21-06 | SEAN MCLEOD SDUSM | _(signed)_ |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant