United States District Court
for the
DISTRICT OF MARYLAND

**06 - 1 8 4  M - 01**

U.S.A. vs. James Alton Johnson

**FILED**  Docket No.: 1:02CR00004

Petition on Supervised Release

APR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW **Leticia Trevino** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **James Alton Johnson** who was placed on supervision for by the Honorable **Frederick M. Smalkin, U.S. District Judge**, sitting in the court at **Baltimore, Maryland**, on the 28th day of June, 2002 who fixed the period of supervision at 5 year(s) *, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

\* Committed to custody of Bureau of Prisons for 60 months, followed by supervised release for a term of 5 year(s). NOTE: the sentence was reduced to 46 months in a court order dated May 28, 2003.

1. $100 special fine assessment

02/01/06: Violation of Supervision hearing/Modification of Special Conditions Added:

2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

3. The defendant shall be required to participate in the Sanction Center Program for a period not to exceed 180 days. While in the program, the defendant may be required to participate in substance abuse and/or mental health counseling and will be afforded an opportunity to participate in electronic monitoring (provided the defendant has complied with the program rules). The defendant will be responsible for the cost of the monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**WHEREAS:** 03/10/06, Mr. Johnson left the sanctions center in violation of Additional Condition #3, as listed above. His whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of James Alton Johnson for alleged violations of probation or term of supervised release.

ORDER OF COURT
Considered and ordered as prayed this ___ day of ___, 20__ and ordered filed and made a part of the records in the above case.

William D. Quarles
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

Leticia Trevino, Senior U.S. Probation Officer

Place  Greenbelt, Maryland

Date  March 28, 2006

**U.S. Probation and Pretrial Services**
# MEMORANDUM

DATE: March 28, 2006

TO: The Honorable William D. Quarles
U.S. District Judge

FROM: Leticia Treviño
Senior U.S. Probation Officer

RE: JOHNSON, James Alton
Docket No.: 1:02CR00004
Exp. Date: 08/17/10

SUBJ: <u>Notice of Violation - Warrant Requested</u>

**Sentencing Information:**
On June 28, 2002, James Alton Johnson appeared before The Honorable Frederic Smaklin for sentencing subsequent to conviction for the offense of Importation of Cocaine. He was sentenced to the Custody of the Attorney General for a period of 60 months, with 5 year(s) Supervised Release to follow, with the following conditions imposed: 1) $100 assessment. On May 28, 2003, his sentenced was reduce to 46 months incarceration. The case was re-assigned to Judge Quarles.

He served his time and was released on August 18, 2005 to the Eastern District of Virginia, due to his residence in Virginia.

**Adjustment to Supervision/Violations Alleged:**
While under supervision, Mr. Johnson's residence was continually unstable. He produced several urine sample which proved positive for cocaine( 10/12/05, 11/02/05). He failed to appear for several scheduled appointments with the USPO, Beth Louison(EVA). These issues were reported to the court in a memoranda dated December 30, 2005, By USPO Colleen Stone. A warrant was issued January 3, 2006. Note: There was an additional positive UA as follows: 01-03-06, cocaine, not reported to the court.

Mr. Johnson was taken into custody on 01/09/06. At his initial appearance on 02/01/06, he agreed to a modification of special conditions to include participation in the Sanctions Center Program for 6 months in lieu of proceeding with the violation hearing. He was admitted into the Sanctions Center Halfway House on 02/01/06. The case was transferred to the District of Maryland and assigned to USPO Trevino.

We regret to inform you that Mr. Johnson left the Halfway House on March 10, 2006 and has not returned. His current whereabouts are unknown. Therefore, a warrant is requested.

JOHNSON, James Alton
Violation Report
Page 2

Based on the above, this officer alleges the following violations of supervision:

1. 03/10/06, Mr. Johnson left the Sanctions Center in violation of the Additional Condition which states the defendant shall be required to participate in the Sanction Center Program for a period not to exceed 180 days.

**Recommendation:**
Based on the violations stated above, this officer respectfully recommends a warrant be issued for the arrest of James Alton Johnson for alleged violations of probation or term of supervised release.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3874.

Mr. Johnson's last known address is

Mr. Johnson was represented at sentencing by Gary Christopher, Office of the Federal Public Defender, Tower II, Suite 1100, 100 South Charles Street, Baltimore, MD 21201-2705.

The Government was represented at sentencing by Steve Dunn, Fourth Floor, 36 South Charles Street, Baltimore, Maryland 21201.

Attachment